**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RUPINDER SINGH, | : | Civil No. 1:26-CV-02405 |
| Petitioner, | : | |
| v. | : | |
| CRAIG LOWE, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

**<u>ORDER</u>**

**AND NOW**, on this 1st day of October, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) In order to ensure that Petitioner has an opportunity to make transportation arrangements, the court requests the following timeline for his release:

    a. Petitioner shall be released from detention on **<u>Friday, October 2, 2026, between 12:00 p.m. and 3:00 p.m.</u>**

    b. By **<u>6:00 p.m. on the date of this order</u>**, Petitioner shall be provided with a phone call to arrange for transportation after his release from detention.

3) Respondents shall return Petitioner's personal property upon release.

4) Respondents shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **<u>Tuesday, October 6, 2026, at 5:00 p.m.</u>** confirming that Petitioner has been released from custody.

5) Respondents are **PERMANENTLY ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225.

6) The Clerk of Court shall enter judgment in favor of Petitioner and close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania